Entered on Docket
September 13, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MARTIN SMITH, <br><br> Debtor, <br><br>_____ <br><br> MARTIN SMITH, <br><br>    Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES INTERNAL REVENUE SERVICE, <br><br>    Defendant - Appellee. | No. 14-15857 <br><br> D.C. No. 4:13-cv-00871-YGR <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered July 13, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $56.35.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores Poblano
Deputy Clerk